UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos.  15-1475, 15-1569 and 15-1570
_____

MARK A. JACKSON

v.

THE DOW CHEMICAL COMPANY; ROHM AND HAAS COMPANY;
ROHM AND HAAS CO BENEFITS ADMINISTRATIVE COMMITTEE;
LIBERTY MUTUAL INSURANCE COMPANY; RAJ L. GUPTA; PIERRE
R. BRONDEAU; JACQUES M. CROISETTIERE; ROBERT A. LONERGAN,
ESQUIRE; JANE GREENETZ; DEANNA MAY; CYNTHIA MAZER; RICHARD
QUINLAN ESQUIRE; SEAN B. MCSWEENEY ESQUIRE; MICHAEL MILLER,
ESQUIRE; NANCY MAYO; LORI HAMLIN; JOHN DOE NOS. 1-15

Mark A. Jackson,
                         Appellant in No. 15-1475

Dow Chemical Company, Rohm and Haas Company,
Raj L. Gupta, Pierre R. Brondeau, Jacques M. Croisetiere,
Robert A. Lonergan, Ellen S. Friedell, Royce Warrick,
Jane Greenetz, Deanna May, Cynthia Mazer,
                         Appellants in No. 15-1569

Liberty Mutual Insurance Company, Lori Hamlin, Nancy Mayo,
Sean B. McSweeney, Richard P. Quinlan and Michael Miller,
                         Appellants in No. 15-1570

_____

On Appeal from the District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-11-cv-06194)
District Judge: James Knoll Gardner
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
January 14, 2016

Before: MCKEE, <u>Chief Judge</u>, AMBRO, and SCIRICA, <u>Circuit Judges</u>

_____

JUDGMENT ORDER

_____

Essentially, for the reasons set forth in the District Court's opinion, we will affirm

the order of the District Court, denying in part and granting in part Defendants' motions.

BY THE COURT,

<u>s/Anthony J. Scirica</u>
Circuit Judge

ATTEST:

<u>s/Marcia M. Waldron</u>
Clerk

DATED: April 25, 2016
CJG/cc:       All Counsel of Record